# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

### REHEARING ACTION: December 16, 2009

**Docket Number: 09   00262-CA**

**REBECCA OWENS, ET AL.**
**VERSUS**
**JOSHUA G. BYERLY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2001-1208**

<u>**BEFORE JUDGES**</u>:

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Marc T. Amy**
      **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rebecca Owens, et al** has this day been

      **DENIED.**


cc: John Ezell Jackson, Counsel for the Appellant
    Bonita K. Preuett-Armour, Counsel for the Appellee
    Adrienne Thomas Bordelon, Counsel for the Appellee
    Steven D. Crews, Counsel for the Appellee
    Michael Jesse McNulty, III, Counsel for the Appellee
    Michael Paul Colvin, Counsel for the Appellee
    Michael W. Campbell, Counsel for the Appellee
    John Michael Veron, Counsel for the Appellee
    Phillip W. DeVilbiss, Counsel for the Appellee
    Paul A. Holmes, Counsel for the Appellee
    Rodd Anthony Naquin, Counsel for the Appellee
    Maurice L. Tynes, Counsel for the Appellee
    Ryan Harold Thibodeaux, In Proper Person
    Presley Lynn Buxton, In Proper Person
    Johnny and Rebecca Groves, In Proper Person
    Tammy Sea, In Proper Person
    Copeland Goodfriend, In Proper Person
    Steven Curtis Richard, Jr., In Proper Person
    Justin Van Syke, In Proper Person
    Philip Stanley, In Proper Person
    Nahkoma Doyle, In Proper Person
    Vernon Yellot, In Proper Person
    Angie Hand, In Proper Person